JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUSY FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CURTIS CARPET, INC., | ) ) ) |
| Defendant. | ) ) |

NO. CV 08-00806 SJO (RCx)

**JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFFS**

Plaintiffs Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund, Contract Administration Trust Fund, Painters and Allied Trades Labor Management Cooperation Fund ("Plaintiff Trusts") and Plaintiff Painters and Allied Trades District Council No. 36 on Behalf of the Resilient Floor and Decorative Floor Covering Local Union 1247 ("Plaintiff Union") and Defendant Curtis Carpet, Inc. ("Defendant"), having agreed to the entry of judgment in this matter and having entered into a Stipulation for Entry of Judgment granted by this Court on May 28, 2008 (the "Stipulation"), and due deliberation being had thereon,

IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff Trusts shall have judgment against Defendant in the sum of $35,115.39 for contributions and other damages owed for the

1  audited period of January 1, 2004 to August 29, 2007, and the unaudited period of

2  August 30, 2007 to January 1, 2008, together with interest accruing at the rate of ten percent

3  (10%) per annum from May 12, 2008, until paid, in accordance with the terms of the Stipulation.

4       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Plaintiff Union shall have

5  judgment against Defendant in the sum of $1,530.59 for dues owed for the audited period of

6  January 1, 2004 to August 29, 2007, and the unaudited period of August 30, 2007 to

7  January 1, 2008, together with interest accruing at the rate of ten percent (10%) per annum from

8  May 12, 2008, until paid, in accordance with the terms of the Stipulation.

9       IT IS SO ORDERED.

10  Dated this 29th day of May, 2008.              /S/ S. James Otero

11

12                              S. JAMES OTERO
                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28