1 Jeffrey L. Cutler (SBN 100639)
  K. Arianne Jordan (SBN 221881)
2 WOHLNER KAPLON PHILLIPS
  YOUNG & CUTLER
3 A Professional Corporation
  15456 Ventura Boulevard, Suite 500
4 Sherman Oaks, California 91403
  Telephone: (818) 501-8030
5 Facsimile:  (818) 501-5306
  E-Mail: Jcutler@wkpyc.com
6 E-Mail: AJordan@wkpyc.com

7 Attorneys for Plaintiffs Board of Trustees
  of the Southern California Floor Covering
8 Pension Trust Fund, etc.

9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11

**(Western Division)**

12

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND; CONTRACT ADMINISTRATION TRUST FUND; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 36 ON BEHALF OF THE RESILIENT FLOOR AND DECORATIVE FLOOR COVERING LOCAL UNION 1247,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CURTIS CARPET, INC., a California corporation,<br><br>                    Defendant.<br>_____ | CASE NO. CV 08-00806 SJO (RCx)<br><br>Honorable  S. James Otero<br><br>JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFFS<br><br><br><br><br><br><br><br>Trial Date: None |

Plaintiffs, Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund; Contract Administration Trust Fund; Painters and Allied Trades Labor Management Cooperation Fund ("Plaintiff Trusts") and Plaintiff Painters and Allied Trades District Council No. 36 on Behalf of the Resilient Floor and Decorative Floor Covering Local Union 1247 ("Plaintiff Union") and Defendant Curtis Carpet, Inc., a California corporation ("Defendant"), having agreed to the entry of judgment in this matter and having entered into a Stipulation for Entry of Judgment which has been filed with the Court, and due deliberation being had thereon,

IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff Trusts shall have judgment against Defendant in the sum of $35,115.39 for contributions and other damages owed for the audited period of January 1, 2004 to August 29, 2007, and the unaudited period of August 30, 2007 to January 1, 2008, together with interest accruing at the rate of ten percent (10%) per annum from May 12, 2008, until paid, in accordance with the terms of the Stipulation for Entry of Judgment, a copy of which is attached hereto as Exhibit "1", and made part hereof by this reference.

DATED:   6-3-08                    /S/ S. James Otero
                                   _____
                                   HONORABLE S. JAMES OTERO